UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DUSTIN CHUDALLA, FRANK SAUMTY, JEFFREY EVANS, BILLY SCHAFF, and JERRY GOULD,

                      Plaintiffs,

-v-

3M COMPANY, f/k/a MINNESOTA MINING AND MANUFACTORING CO. et al.,

                      Defendants.

22 Civ. 5635 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In light of Defendant 3M Company's ("3M") representation that, "[f]ollowing removal, 3M intends to designate this action for transfer" to multi-district litigation in the District of South Carolina, Dkt. 1 at 6 n.1, counsel for plaintiffs and 3M are instructed to file a joint letter on the docket of this case, no later than **July 11, 2022 at 5 p.m.**, indicating their views on whether the Court should hold an initial pretrial conference or instead await the outcome of 3M's anticipated motion to transfer.

SO ORDERED.

                                                                          *Paul A. Engelmayer*

                                                                       PAUL A. ENGELMAYER
                                                                       United States District Judge

Dated: July 7, 2022
       New York, New York